IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PRESQRIBER, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 6:14-cv-439 |
| v. ) | |
| ) | |
| AMAZING CHARTS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF TIMOTHY R. SHANNON IN SUPPORT OF
RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO TAKE
LIMITED AND EXPEDITED DISCOVERY ON PENDING MOTIONS TO DISMISS**

I, Timothy R. Shannon, state as follows:

1. I am an attorney at the firm Verrill Dana LLP, One Portland Square, P.O. Box 586, Portland, ME 04112-0586, counsel of record for the defendant, Amazing Charts, LLC ("Amazing Charts").  I am over the age of 18, am fully competent to make this affidavit, and make this declaration on personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Attorney Craig Tadlock's July 30, 2014 e-mail to myself and counsel for other defendants in other cases.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of the Plaintiff's Requests for Admission to Defendant Medhost Relating to Section 101 Motion to Dismiss that was attached to Attorney Craig Tadlock's July 30, 2014 e-mail.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of Plaintiff's Interrogatory to Defendant Medhost Relating to Section 101 Motions to Dismiss that was attached to Attorney Craig Tadlock's July 30, 2014 e-mail.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of Attorney Craig Tadlock's August 4, 2014 e-mail to myself and other counsel.

6.      Attached hereto as **Exhibit 5** is a true and accurate copy of Plaintiff's Requests for Admission to Defendant Amazing Charts Relating to Section 101 Motion to Dismiss that was attached to Attorney Craig Tadlock's August 4, 2014 e-mail.

7.      Attached hereto as **Exhibit 6** is a true and accurate copy of Plaintiff's Interrogatory to Defendant Amazing Charts Relating to Section 101 Motions to Dismiss that was attached to Attorney Craig Tadlock's August 4, 2014 e-mail.

8.      Attached hereto as **Exhibit 7** is a true and accurate copy of Attorney Craig Tadlock's August 12, 2014 e-mail to myself and counsel for other defendants in other cases.

Signed under the pains and penalties of perjury this 26th day of August, 2014.

/s/ Timothy R. Shannon
Timothy R. Shannon

5585784