# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** <br><br> Plaintiff, <br> v. <br><br> **AMAZING CHARTS, LLC,** <br><br> Defendant. | Case No. 6:14-cv-439 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF PRESQRIBER'S INTERROGATORY TO DEFENDANT
AMAZING CHARTS RELATING TO SECTION 101 MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 33 and the relevant Local Rules, plaintiff Presqriber, LLC ("Presqriber"), by and through its counsel, hereby requests that Amazing Charts, LLC ("Amazing Charts" or "Defendant") answer the following interrogatory completely, in writing, and under oath within thirty (30) days of service. This Interrogatory relates to the pending Motions to Dismiss based on Section 101 (35 U.S.C. §101), contending that the patent-in-suit (United States Patent No. 5,758,095) is not subject matter eligible, that have been filed by defendants in litigation involving Presqriber and the patent-in-suit.

**INTERROGATORY**

**Interrogatory No. 1:**

For each request for admission in Plaintiff eDekka's Requests for Admission to Defendant Amazing Charts Relating to Section 101 Motions to Dismiss that Defendant does not unequivocally admit, identify and explain in detail all reasons why Defendant does not admit the request for admission.

**Response:**

Dated: August 4, 2014					Respectfully submitted,

					/s/ Craig Tadlock
					Craig Tadlock
					State Bar No. 00791766
					John J. Harvey, Jr.
					State Bar No. 09179770
					Keith Smiley
					State Bar No. 24067869
					**TADLOCK LAW FIRM PLLC**
					2701 Dallas Parkway, Suite 360
					Plano, Texas 75093
					903-730-6789
					craig@tadlocklawfirm.com
					john@tadlocklawfirm.com
					keith@tadlocklawfirm.com

					*Attorneys for Plaintiff Presqriber, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record for Defendant are being served with a copy of this document via email, in accordance with Local Rule CV-5(d), on August 4, 2014.

					/s/ Craig Tadlock
					Craig Tadlock