IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PRESQRIBER, LLC, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 6:14-cv-439 ) ) |
| AMAZING CHARTS, LLC, | ) ) |
| Defendant. | ) |

**ORDER DENYING PLAINTIFF PRESQRIBER, LLC'S MOTION FOR LEAVE TO TAKE LIMITED AND EXPEDITED DISCOVERY ON PENDING MOTIONS TO DISMISS**

ON THIS DATE the Court considered Plaintiff Presqriber, LLC's Motion for Leave to Take Limited and Expedited Discovery on Pending Motions to Dismiss (Dkt. 16). After considering Plaintiff's Motions and Defendant's response, the Court is of the opinion that Plaintiff's Motions should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff Presqriber, LLC's Motion for Leave to Take Limited and Expedited Discovery on Pending Motions to Dismiss (Dkt. 16) is hereby DENIED.

5584860